ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KENNETH CHAMBERS (NYBN 5559885)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    kenneth.chambers@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. 4:23-MJ-70144-MAG |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME FROM APRIL 12, 2023 TO MAY 24, 2023 AND ORDER** |
| OZYMANDIAS TROY WATSON, | ) |
| Defendant. | ) |

The above-captioned case is currently scheduled for a preliminary hearing/arraignment on **April 12** at **2:30 pm**. The government has provided defense counsel with discovery. The parties would like to continue the hearing to **May 24, 2023,** to allow additional time for the parties to engage in discussions about potential resolution prior to Indictment, and for defense to review discovery. Furthermore, the government has additional discovery to produce to defense counsel, as the discovery in this case is voluminous. Believing such discussions to be in the interests of justice, the parties represent that good cause exists and therefore agree to extend the deadlines for a preliminary hearing under Rule 5.1(d) of the Federal Rules of Criminal Procedure and exclude time under the "Speedy Indictment" provisions of the Speedy Trial Act. *See* 18 U.S.C. § 3161(b).

Accordingly, the parties hereby stipulate and agree to a new hearing date on **May 24, 2023,** for preliminary hearing or arraignment, and status on detention to discuss the next steps in the defendant's treatment program before the Duty Magistrate Judge. The parties also stipulate and agree to request that the time between **April 12, 2023** and **May 24, 2023** be excluded to facilitate discussions related to resolution prior to Indictment, and for effective preparation pursuant to 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED.

DATED: April 10, 2023

/s/
**KENNETH CHAMBERS**
Assistant United States Attorney

DATED: April 10, 2023

/s/
**ANGELA HANSEN**
Counsel for Defendant Ozymandias Watson

**ORDER**

The above-entitled matter is currently scheduled for preliminary hearing/arraignment on **April 12, 2023**, at **2:30 pm**. The parties are requesting a continuance to **May 24, 2023**. The parties are seeking this continuance in order to engage in discussions about potential resolution of this matter prior to Indictment, and for defense counsel to review discovery that has been produced. Furthermore, the government will produce additional discovery in this matter. Defense counsel will need additional time to review the additional discovery. With the consent of the United States, and taking into account the public interest in the prompt disposition of criminal cases, the court sets the preliminary hearing to the date set forth below, and based on parties' showing of good cause, finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). See Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

The parties have agreed to waive and exclude time for the preliminary hearing under the Speedy Trial Act. The government has no objection to this proposed continuance. Therefore, for good cause shown the hearing currently scheduled on **April 12, 2023** shall be vacated. The matter shall be continued until **May 24, 2023**. The time shall be excluded from the running of the speedy trial clock for effective preparation of counsel under U.S.C. § 3161(h)(7).

**IT IS SO ORDERED**.

Dated:   April 10, 2023

By: _____
HON. DONNA M. RYU
CHIEF MAGISTRATE JUDGE