1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  KENNETH CHAMBERS (NYBN 5559885)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       kenneth.chambers@usdoj.gov
8
9  Attorneys for United States of America

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13  UNITED STATES OF AMERICA,              )   NO. 4:23-MJ-70144-MAG
                                           )
14         Plaintiff,                      )   **STIPULATION TO CONTINUE**
        v.                                 )   **PRELIMINARY HEARING TO**
15                                         )   **MARCH 22, 2024, AND EXCLUDE**
    OZYMANDIAS TROY WATSON,                )   **TIME FROM JANUARY 26, 2024**
16                                         )   **TO MARCH 22, 2024 AND ORDER**
           Defendant.                      )
17                                         )
                                           )
18                                         )

19

20
        The above-captioned case is currently scheduled for a preliminary hearing/arraignment on
21
    **January 26, 2024** at **10:30 am**. The government has provided defense counsel with discovery. The
22
    parties would like to continue the hearing to **March 22, 2024,** to allow additional time for the
23
    parties to engage in discussions about potential resolution prior to Indictment, which includes
24
    Pretrial Services' recommendation that Mr. Watson be given the opportunity to participate in CAP.
25
    Believing such discussions to be in the interests of justice, the parties represent that good cause
26
    exists and therefore agree to extend the deadlines for a preliminary hearing under Rule 5.1(d) of the
27
    Federal Rules of Criminal Procedure and exclude time under the "Speedy Indictment" provisions of
28

                                                    1

1 | the Speedy Trial Act. *See* 18 U.S.C. § 3161(b). Accordingly, the parties hereby stipulate and agree
2 | to a new hearing date on **March 22, 2024,** for preliminary hearing or arraignment. The parties also
3 | stipulate and agree to request that the time between **January 26, 2024** and **March 22, 2024** be
4 | excluded to facilitate discussions related to resolution prior to Indictment, and for effective
5 | preparation pursuant to 18 U.S.C. § 3161(h)(7).

7     IT IS SO STIPULATED.

8 DATED: January 23, 2024           /s/
                                                     **KENNETH CHAMBERS**
9                                                      Assistant United States Attorney

11
12 DATED: January 23, 2024           /s/
                                                      **JULIA JAYNE**
                                                     Counsel for Defendant Ozymandias Watson

STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING
CASE NO.: 4:23-MJ-70144-MAG

**ORDER**

The above-entitled matter is currently scheduled for preliminary hearing/arraignment on **January 26, 2024**, at **10:30 am**. The parties are requesting a continuance to **March 22, 2024** at **10:30 am**. The parties are seeking this continuance in order to engage in discussions about potential resolution of this matter prior to Indictment. With the consent of the United States, and taking into account the public interest in the prompt disposition of criminal cases, the court sets the preliminary hearing to the date set forth below, and based on parties' showing of good cause, finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

The parties have agreed to waive and exclude time for the preliminary hearing under the Speedy Trial Act. The government has no objection to this proposed continuance. Therefore, for good cause shown the hearing currently scheduled on **January 26, 2024** shall be vacated. The matter shall be continued until **March 22, 2024**. The time shall be excluded from the running of the speedy trial clock for effective preparation of counsel under U.S.C. § 3161(h)(7).

**IT IS SO ORDERED**.

Dated:   January 24, 2024



By: _____
HON.  DONNA M. RYU
CHIEF MAGISTRATE JUDGE