| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | KENNETH CHAMBERS (NYBN 5559885)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Telephone: (510) 637-3680<br>FAX: (510) 637-3724<br>kenneth.chambers@usdoj.gov |
| 7 | |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>OZYMANDIAS TROY WATSON,<br><br>　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | NO. 4:23-MJ-70144-MAG<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME FROM MARCH 22, 2024 TO MAY 10, 2024 AND ORDER** |

The above-captioned case is currently scheduled for a preliminary hearing/arraignment on **March 22, 2024** at **10:30 am**. The government has provided defense counsel with discovery. The parties would like to continue the hearing to **May 10, 2024,** to allow additional time for the parties to engage in discussions about potential resolution prior to Indictment, which includes Pretrial Services' recommendation that Mr. Watson be given the opportunity to participate in CAP. The parties have not yet reached an agreement on the format or details of a potential resolution. Believing such discussions to be in the interests of justice, the parties represent that good cause exists and therefore agree to extend the deadlines for a preliminary hearing under Rule 5.1(d) of the Federal Rules of Criminal Procedure and exclude time under the "Speedy Indictment" provisions of

1

1 the Speedy Trial Act. *See* 18 U.S.C. § 3161(b). Accordingly, the parties hereby stipulate and agree
2 to a new hearing date on **May 10, 2024,** for preliminary hearing or arraignment. The parties also
3 stipulate and agree to request that the time between **March 22, 2024** and **May 10, 2024** be excluded
4 to facilitate discussions related to resolution prior to Indictment, and for effective preparation
5 pursuant to 18 U.S.C. § 3161(h)(7).

7     IT IS SO STIPULATED.
8 DATED: March 19, 2024

                      /s/
**KENNETH CHAMBERS**
Assistant United States Attorney

11
12 DATED: March 19, 2024

                      /s/
**JULIA JAYNE**
Counsel for Defendant Ozymandias Watson

**ORDER**

The above-entitled matter is currently scheduled for preliminary hearing/arraignment on **March 22, 2024**, at **10:30 am**. The parties are requesting a continuance to **May 10, 2024** at **10:30 am**. The parties are seeking this continuance in order to engage in discussions about potential resolution of this matter prior to Indictment. With the consent of the United States, and taking into account the public interest in the prompt disposition of criminal cases, the court sets the preliminary hearing to the date set forth below, and based on parties' showing of good cause, finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

The parties have agreed to waive and exclude time for the preliminary hearing under the Speedy Trial Act. The government has no objection to this proposed continuance. Therefore, for good cause shown the hearing currently scheduled on **March 22, 2024** shall be vacated. The matter shall be continued until **May 10, 2024**. The time shall be excluded from the running of the speedy trial clock for effective preparation of counsel under U.S.C. § 3161(h)(7).

**IT IS SO ORDERED**.

Dated:   March 21, 2024



By: _____
HON.  DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING
CASE NO.: 4:23-MJ-70144-MAG