1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division

4  KENNETH CHAMBERS (NYBN 5559885)
   Assistant United States Attorney

5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3680
7     FAX: (510) 637-3724
      kenneth.chambers@usdoj.gov
8
   Attorneys for United States of America
9
             UNITED STATES DISTRICT COURT
10
             NORTHERN DISTRICT OF CALIFORNIA
11
                      OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,        |   ) NO. 4:23-MJ-70144-MAG
14 |        Plaintiff,                |   ) **STIPULATION TO CONTINUE**
   |     v.                           |   ) **PRELIMINARY HEARING TO**
15 |                                  |   ) **DECEMBER AND EXCLUDE TIME**
   | OZYMANDIAS TROY WATSON,          |   ) **FROM MAY 10, 2024 TO JULY 12, 2024**
16 |        Defendant.                |   ) **AND ORDER**
17

18

19

20   The above-captioned case is currently scheduled for a preliminary hearing/arraignment on

21  **May 10, 2024** at **10:30 am**. The government has provided defense counsel with discovery. The

22  parties would like to continue the hearing to **July 12, 2024,** to allow additional time for the parties

23  to engage in discussions about potential resolution prior to Indictment, which includes Pretrial

24  Services' recommendation that Mr. Watson be given the opportunity to participate in LEADS,

25  which is a new development in this case. The parties have not yet reached an agreement on the

26  format or details of a potential resolution. Believing such discussions to be in the interests of justice,

27  the parties represent that good cause exists and therefore agree to extend the deadlines for a

28  preliminary hearing under Rule 5.1(d) of the Federal Rules of Criminal Procedure and exclude time

1 | under the "Speedy Indictment" provisions of the Speedy Trial Act. *See* 18 U.S.C. § 3161(b).
2 | Accordingly, the parties hereby stipulate and agree to a new hearing date on **July 12, 2024,** for
3 | preliminary hearing or arraignment. The parties also stipulate and agree to request that the time
4 | between **May 10, 2024** and **July 12, 2024** be excluded to facilitate discussions related to resolution
5 | prior to Indictment, and for effective preparation pursuant to 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED.

DATED: April 29, 2024

/s/
**KENNETH CHAMBERS**
Assistant United States Attorney

DATED: April 29, 2024

/s/
**JULIA JAYNE**
Counsel for Defendant Ozymandias Watson

**ORDER**

The above-entitled matter is currently scheduled for preliminary hearing/arraignment on **May 10, 2024**, at **10:30 am**. The parties are requesting a continuance to **July 12, 2024** at **10:30 am**. The parties are seeking this continuance in order to engage in discussions about potential resolution of this matter prior to Indictment. With the consent of the United States, and taking into account the public interest in the prompt disposition of criminal cases, the court sets the preliminary hearing to the date set forth below, and based on parties' showing of good cause, finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

The parties have agreed to waive and exclude time for the preliminary hearing under the Speedy Trial Act. The government has no objection to this proposed continuance. Therefore, for good cause shown the hearing currently scheduled on **May 10, 2024** shall be vacated. The matter shall be continued until **July 12, 2024**. The time shall be excluded from the running of the speedy trial clock for effective preparation of counsel under U.S.C. § 3161(h)(7).

**IT IS SO ORDERED**.

Dated:   May 1, 2024



By: _____
HON.  DONNA M. RYU
Chief Magistrate Judge

3
STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING
CASE NO.: 4:23-MJ-70144-MAG