| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | KENNETH CHAMBERS (NYBN 5559885)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Telephone: (510) 637-3680<br>FAX: (510) 637-3724<br>kenneth.chambers@usdoj.gov |

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>OZYMANDIAS TROY WATSON,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) | NO. 4:23-MJ-70144-MAG<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME FROM JULY 12, 2024 TO AUGUST 30, 2024 AND ORDER** |

The above-captioned case is currently scheduled for a preliminary hearing/arraignment on **July 12, 2024** at **10:30 am**. The government has provided defense counsel with discovery. The parties would like to continue the hearing to **August 30, 2024,** to allow additional time for the parties to engage in discussions about potential resolution prior to Indictment, which includes Pretrial Services' recommendation that Mr. Watson be given the opportunity to participate in LEADS. The parties have not yet reached an agreement on the format or details of a potential resolution. Believing such discussions to be in the interests of justice, the parties represent that good cause exists and therefore agree to extend the deadlines for a preliminary hearing under Rule 5.1(d) of the Federal Rules of Criminal Procedure and exclude time under the "Speedy Indictment"

1

provisions of the Speedy Trial Act. *See* 18 U.S.C. § 3161(b). Accordingly, the parties hereby stipulate and agree to a new hearing date on **August 30, 2024,** for preliminary hearing or arraignment. The parties also stipulate and agree to request that the time between **July 12, 2024** and **August 30, 2024** be excluded to facilitate discussions related to resolution prior to Indictment, and for effective preparation pursuant to 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED.

DATED: July 9, 2024

/s/
**KENNETH CHAMBERS**
Assistant United States Attorney

DATED: July 9, 2024

/s/
**JULIA JAYNE**
Counsel for Defendant Ozymandias Watson

**ORDER**

The above-entitled matter is currently scheduled for preliminary hearing/arraignment on **July 12, 2024**, at **10:30 am**. The parties are requesting a continuance to **August 30, 2024 at 10:30 am**. The parties are seeking this continuance in order to engage in discussions about potential resolution of this matter prior to Indictment. With the consent of the United States, and taking into account the public interest in the prompt disposition of criminal cases, the court sets the preliminary hearing to the date set forth below, and based on parties' showing of good cause, finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

The parties have agreed to waive and exclude time for the preliminary hearing under the Speedy Trial Act. The government has no objection to this proposed continuance. Therefore, for good cause shown the hearing currently scheduled on **July 12, 2024** shall be vacated. The matter shall be continued until **August 30, 2024**. The time shall be excluded from the running of the speedy trial clock for effective preparation of counsel under U.S.C. § 3161(h)(7).

**IT IS SO ORDERED**.

Dated:   July 9, 2024



By: _____
HON.  DONNA M. RYU
CHIEF MAGISTRATE JUDGE